# CERTIFICATE OF SERVICE

I, Karen B. Schneller, attorney for Debtor(s), do hereby certify that by filing the attached Notice of Amended Chapter 13 Plan and Amended Chapter 13 Plan, I have caused the following parties to be served electronically via ECF:

    Locke D. Barkley, Chapter 13 Trustee
    Office of the U.S. Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by U. S. mail,[1] postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

    Xceed Financial
    888 N. Nash Street
    El Segundo, CA  90245

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by U. S. mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Dated: June 21, 2019

                                          /s/Karen B. Schneller
                                          Attorney at Law
                                          P. O. Box 417
                                          Holly Springs, MS  38635
                                          (662) 252-3224

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.