**NOTE: If the debtor has not provided notice of a previously filed plan pursuant to Miss. Bankr. L. R. 3015-1(d), notice of an amended plan must be sent to <u>all creditors</u>.  See Amended Standing Order regarding the Procedure for Modification of Chapter 13 Plan.**

**Fill in this information to identify your case:**

Debtor 1   _Joli_____Burrows_____
              First Name            Middle Name              Last Name

Debtor 2   _____
(Spouse, if filing) First Name      Middle Name              Last Name

United States Bankruptcy Court for the Northern District of Mississippi

Case number ___19-11837__

# Notice of Filing Amended Chapter 13 Plan
# and Motions for Valuation and Lien Avoidance

The above-named Debtor(s) has filed an Amended *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above-referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at 703 Hwy. 145 North, Aberdeen, MS  39730 on or before thirty (30) days from the date of this notice or the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I), whichever is later.  Copies of the objection must be served on the Trustee, US Trustee, Debtor(s), and Attorney for Debtor(s).

Objections to confirmation will be heard on a date, time, and location set by the Court. If no objection is timely filed, the Plan may be confirmed without a hearing.

✗   /s/ Karen B. Schneller_____          Dated:  06/21/2019_____
    Signature of Attorney for Debtor(s)              MM / DD / YYYY

126 North Spring Street_____
Address Line 1

P. O. Box 417_____
Address Line 2

Holly Springs, MS  38635_____
City, State, and Zip Code

662-252-3224_____    6558_____
Telephone Number       MS Bar Number

karen.schneller@gmail.com_____
Email Address