___

**SO ORDERED,**



*Judge Jason D. Woodard*
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **JOLI BURROWS**      Case No. 19-11837 JDW

    **Debtor**      Chapter 13

### ORDER GRANTING MOTION TO SHORTEN NOTICE
### TIME REGARDING MOTION TO SELL PROPERTY (DKT. # 38)

This matter is before the Court on the Motion to Shorten Notice Time regarding Debtor's[1] **Motion to Sell Property**, filed on **September 13, 2021** (the "Motion to Shorten") **(Dkt. #37)**. The Court has reviewed the Motion to Shorten and finds it well taken. Accordingly, is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Motion to Shorten (Dkt. #38) is **GRANTED.** The Debtor shall serve a copy of the **Motion to Sell Property (Dkt. #37)** and the Notice issued by the Court on all parties within three days of the entry of this Order, and the response deadline shall be the ~~7th~~ **13th** day following entry of this Order.

    (JDW)      ##END OF ORDER##

___

[1] All references to "Debtor" shall refer to both debtors in a case filed jointly by two individuals.